# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MARK ZOBEL,

    Plaintiff,

v.

CONTECH ENTERPRISES, INC., *et al.*,

    Defendants.

Case No. 2:14-cv-2721
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On March 25, 2016, this case, as pertaining to Defendant Contech Enterprises, Inc., was stayed due to a Canadian Bankruptcy proceeding. (ECF No. 42.) Now, Plaintiff Mark Zobel moves to lift the stay of proceedings, contending that the Canadian bankruptcy proceeding involving Contech Enterprises, Inc. has concluded. (ECF No. 62.) Plaintiff attached a discharge certificate to his motion, evidencing the end of the bankruptcy. (ECF No. 62-1.) Accordingly, Plaintiff's Motion to lift the stay as it pertains to Contech Enterprises Inc. is **GRANTED**.

**IT IS SO ORDERED.**

11-22-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE